UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

S.C.O.P.E., Inc., Camillus Sportsman's Club, Inc., Yates
County Federation of Conservation Clubs; Kenneth
Mathison; Leadloader Arms, Inc., d/b/a American Sportsman,
                                                     *Plaintiffs,*

                                        **STIPULATION**
        --against—                        04-CV-6186

George Pataki, Individually and as Governor of the State
of New York;Eliott Spitzer, Individually and as Attorney
General of the State of New York; James W. McMahon,
Individually and as Superintendant of the New York State Police,
_____ *Defendants.*

        UPON the pleadings and proceedings had to date in this matter, the plaintiffs

S.C.O.P.E., Inc., the Camillus Sportsman's Club, Inc., Yates County Federation of

Conservation Clubs, Kenneth Mathison and  Leadloader Arms, Inc., d/b/a American

Sportsman,  BY: Scott A. Garretson, Esq.,  and the defendants, Governor George Pataki,

Attorney General Elliott Spitzer, and Superintendant James W. McMahon, BY: Benjamin

Bruce, Assistant Attorney General, stipulate and mutually agree to discontinue plaintiffs'

Fourth and Fifth Causes of Action in the above–referenced matter without costs or other

fees.

Dated: ~~June 8, 2005~~ January 25, 2006
        Rochester, New Yor

                                        _____
                                        Scott A. Garretson, Esq.
                                        Attorney for the Plaintiffs

                                        _____
                                        Benjamin Bruce, Esq.
                                        Attorney for the Defendants