UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

S.C.O.P.E., Inc., Camillus Sportsman's Club, Inc., Yates
County Federation of Conservation Clubs; Kenneth
Mathison; Leadloader Arms, Inc., d/b/a American Sportsman,
                                            *Plaintiffs,*

                                                                           **STIPULATION**
                --against--                                            04-CV-6186

George Pataki, Individually and as Governor of the State
of New York; Eliott Spitzer, Individually and as Attorney
General of the State of New York; James W. McMahon,
Individually and as Superintendant of the New York State Police,
                                              *Defendants.*

---

UPON the pleadings and proceedings had to date in this matter, the plaintiffs S.C.O.P.E., Inc., the Camillus Sportsman's Club, Inc., Yates County Federation of Conservation Clubs, Kenneth Mathison and Leadloader Arms, Inc., d/b/a American Sportsman, BY: Scott A. Garretson, Esq., and the defendants, Governor George Pataki, Attorney General Elliott Spitzer, and Superintendant James W. McMahon, BY: Benjamin Bruce, Assistant Attorney General, stipulate and mutually agree to discontinue plaintiffs' Fourth and Fifth Causes of Action in the above-referenced matter without costs or other fees.

Dated: January 25, 2006
~~June 8, 2005~~
Rochester, New Yor

                                                      _____
                                                      Scott A. Garretson, Esq.
                                                      Attorney for the Plaintiffs

**SO ORDERED.**

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 3-16-06

                                                      _____
                                                      Benjamin Bruce, Esq.
                                                      Attorney for the Defendants